1
2
3
4
5
6

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

7

WYTTMAB, LLC, individually and on behalf of
all others similarly situated,

NO.

Plaintiff,

**CLASS ACTION COMPLAINT**

vs.

<u>JURY DEMAND</u>

GODADDY.COM LLC,

Defendant.

Plaintiff Wyttmab, LLC brings this action on behalf of itself and all others similarly situated ("the Class"):

## I.  NATURE OF ACTION

1.      This is a proposed class action arising from Defendant GoDaddy, Inc's regular practice of automatically charging potential customers for website and web building services they never agreed to purchase.

2.      GoDaddy describes itself as "the world's largest technology provider dedicated to small business," touting: "we're a trusted partner for millions of everyday entrepreneurs, empowering them to make their own way with the right help and tools."

3.      GoDaddy offers website building services to potential customers through an internet portal the company maintains. On GoDaddy's "Website Builder" platform, one can

CLASS ACTION COMPLAINT - 1

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   design, build, and market websites for business or personal use. GoDaddy promotes itself

2   primarily to small business, stating it's a "one stop shop" for those that seek to build an online

3   presence but have small budgets or lack the human resources necessary for a web design team.

4          4.      GoDaddy offers different a billing plans with four different pricing tiers that

5   range from least expensive, the "Basic" plan, to most expensive, the "Ecommerce" plan. Each

6   plan carries additional services as the price rises. GoDaddy also has an option whereby the

7   potential customer can choose to enroll monthly or annually. Once a customer has selected a

8   plan and designated whether to be billed monthly or annually, the customer is prompted to click

9   a button entitled "Add to Cart." When a plan is added to one's "cart," the following screen

10  shows the total price of the plan selected, prompts the potential customer to input payment

11  information in the form of a credit or debit card number, checking account number, or PayPal

12  account address. Under the payment information is a button entitled "Complete Purchase." A

13  potential customer that is new to GoDaddy must input appropriate payment information and

14  click the "Complete Purchase" button in order to purchase GoDaddy's website building

15  services.

16         5.      This case concerns potential customers who previously purchased GoDaddy

17  products or services and had previously provided GoDaddy with a working payment card or

18  account number. GoDaddy automatically enrolls those customers into an annual plan for

19  website-building services at a pricing tier of GoDaddy's choosing. This enrollment occurs even

20  when the user does not input payment information because GoDaddy electronically retains

21  payment information for individuals that purchased a good or service from the company in the

22  past. Enrollment also occurs even if the customer never clicks the "Complete Purchase" button.

23  Indeed, enrollment occurs even if the customer never reviews, selects, or adds a plan to the

24  "cart." GoDaddy charges the customer using the payment information the company retained in

25  its records.

26

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    6.    GoDaddy charged Plaintiff for an annual Website Builder subscription, at a

2    "Premium" tier, that Plaintiff never agreed to purchase. Plaintiff brings this action on behalf of

3    itself and all others similarly situated who GoDaddy charged for a product or service even

4    though they did not click a "Complete Purchase" button to signify their agreement to be

5    charged for that product or service.

6                        **II.  PARTIES**

7    7.    Plaintiff Wyttmab, LLC is a limited liability company based in Seattle,

8    Washington. Wyttmab is a venture studio that develops and launches startup companies. In the

9    course of its work, Wyttmab sometimes develops websites for a new company or to test a

10   potential company.

11   8.    GoDaddy.com LLC is an internet domain registrar and web hosting company

12   that is incorporated in Delaware and maintains its corporate headquarters in Scottsdale,

13   Arizona. GoDaddy does business throughout the United States, including in the Western

14   District of Washington.

15                   **III.  JURISDICTION AND VENUE**

16   9.    This Court has subject matter jurisdiction over this action under 28 U.S.C.

17   § 1332(d)(2) in that the matter is a class action wherein the amount in controversy exceeds the

18   sum or value of $5,000,000, exclusive of interest and costs, and there is complete diversity of

19   citizenship between the parties.  Plaintiff and most members of the proposed Class are residents

20   of and domiciled in a State different from the Defendant.

21   10.   This Court has personal jurisdiction over the parties in this action because

22   Plaintiff resides in Washington and Defendant is a corporation that regularly conducts business

23   in the state of Washington.

24   11.   Venue is proper in this Court under 28 U.S.C. § 1391(b) because Plaintiff

25   resides in this judicial district and a substantial part of the events giving rise to the claim

26   occurred in this judicial district.

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

# IV.  FACTS

**A.      Facts Common to the Class.**

12.      GoDaddy's "Website Builder" has various templates and options that allow users to build and customize websites.

13.      GoDaddy claims to offer an initial free trial for one month, after which customers will be billed based on the plan they choose. GoDaddy states that customers may cancel their plan before the initial free trial expires to avoid being charged.

14.      GoDaddy offers four different plan tiers for potential customers to choose from—Basic, Standard, Premium, and Ecommerce. Each plan tier carries a different monthly price. The plans above the basic tier come with additional services in the areas of social media, email marketing, and the ability of the website to handle online appointments.

15.      To view the various plan pricing options, a customer must click on a tab entitled "View Plans." This tab is preceded by the statement "Subscribe now to keep your site after trial."

16.       GoDaddy offers potential customers the option to enroll either in a monthly or annual subscription. Monthly subscriptions cost more than annual subscriptions when viewed on a month-to-month basis for the same plan tier. For example, as of March 19, 2020, GoDaddy's "Basic" plan costs $15 per month under the monthly subscription and an average of $8 per month under the annual subscription. And the cost of a "Standard" tier plan is $20 per month under a monthly subscription and $12 per month on average under an annual subscription.

17.      GoDaddy's website states that customers who choose a monthly subscription will be billed monthly, while customers who enroll in an annual subscription will be billed annually. Copies of the screens showing the plan tiers available to a potential customer are attached as Exhibits A (monthly) and B (annually).

18.      Beneath each plan tier, GoDaddy's website has a button titled "Add to cart."

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

19.     Clicking on the "Add to cart" button takes the prospective customer to a page titled "Review and Purchase." This page lists the total price of the plan a customer has added to the "cart." For example, where a customer has added GoDaddy's "Standard" plan with an annual subscription, the total price is listed as $144.00.

20.     The "Review and Purchase" screen prompts the potential customer to add a payment method, which can be a credit or debit card number, checking account number, or a PayPal account address.

21.     Under the space to add a payment, GoDaddy includes a button titled "Complete Purchase."  By clicking this button, the potential customer agrees to purchase the GoDaddy service at the pricing tier the customer designated and using the payment method the customer added. A copy of the "Review and Purchase" screen following designation of a "Standard" plan with annual subscription is attached as Exhibit C.

22.     When a customer has previously purchased a GoDaddy product or service, GoDaddy retains that customer's payment information and keeps it in an electronic file tied to the customer's GoDaddy login name.

23.     If GoDaddy already has a customer's payment information on file, the company will enroll the customer in a Website Builder plan of GoDaddy's choosing and will charge the customer using the payment information retained in GoDaddy's records. GoDaddy does this even if the customer never clicks "Complete Purchase" and thus never consents to purchase the plan or to enroll in the service. Indeed, GoDaddy will enroll these customers in an automatically renewing Website Builder plan even if they never view the company's plans, let alone add them to a cart and complete purchase.

24.     In most cases, customers who are enrolled without their consent will not know that GoDaddy has done this unless and until they discover corresponding charges to the payment account on file. In cases where the GoDaddy service involves a free trial, the charge

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

will not appear on the customer's account until the free trial has expired and is too late to cancel.

25.    On information and belief, GoDaddy has collected money from thousands of people for automatically products and for renewing service plans the people never purchase or into which they consented to enrolled.

26.    On information and belief, GoDaddy electronically captures and records a history of all account activity for each user that logs on to its website. This recording includes a specific history of which pages each user viewed and on which tabs each user clicked.

**B.    Plaintiff's Experience.**

27.    In approximately March 2016, Plaintiff purchased two website domains from GoDaddy and entered a debit card number tied to its bank account to pay GoDaddy.

28.    On or before August 26, 2019, Plaintiff's member visited GoDaddy's Website Builder and viewed options to design a new website for a potential commercial janitorial service Wyttmab was considering as a possible startup company. Plaintiff ultimately decided not to purchase a website or to enroll in any GoDaddy plan. Plaintiff did not choose a plan or a product tier. Plaintiff did not add a plan to the "cart." Plaintiff did not click "Complete Purchase."

29.    On or about September 26, 2019, GoDaddy sent Plaintiff a receipt for $264.24, which it itemized as a charge of $240 for an annual subscription for a Website and Marketing "Premium" plan at a rate of $20 per month, plus tax of $24.24.

30.    On or about September 26, 2019, a charge appeared on Wyttmab's online bank account register showing GoDaddy had charged the Wyttmab account in the amount of $264.24.

31.    When the charge from GoDaddy first appeared on the Wyttmab account statement, the time had passed to cancel the trial plan and receive a refund.

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

32.     Plaintiff subsequently confirmed that when a person logs on to GoDaddy's Website Builder platform using a previously registered identification, GoDaddy will create a subscription, and ultimately charge the payment information it has on file for that person once the person has named the site, chosen an "industry" for the site, and clicked on "Continue" to reach the next screen.  All of this occurs before the person even views the plan tiers. The charge occurs even though the prospective customer never places an item in a "cart" and never clicks a "Complete Purchase" button.

## V.  CLASS ALLEGATIONS

33.     Plaintiff seeks to certify a class action under Fed. R. Civ. P. 23(a), (b)(2), and (b)(3) on behalf of itself and a Class consisting of:

> All persons residing in the State of Washington who, between April 22, 2016 and the date of final judgment, were charged by GoDaddy for a product or service even though the person did not click a "Complete Purchase" button to signify the person's agreement to be charged for that product or service.

34.     Excluded from the Class are governmental entities, Defendant, its affiliates and subsidiaries, Defendant's current or former employees, officers, directors, agents, representatives, their family members, the members of this Court and its staff.

35.     Plaintiff seeks to recover damages under the Washington Consumer Protection Act on a class-wide basis for itself and the Class.

36.     The Class members are so numerous as to make joinder impracticable.  While the exact number of Class members is unknown at this time, Plaintiff is informed and believes that the entire Class consists of at least several hundred and as many as several thousand members.

37.     There are numerous issues of fact and law common between the members of the Class, including the following:

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1        a.     Whether GoDaddy's automated billing system was set to charge

2              individuals without their consent if they viewed the company's products

3              or services and GoDaddy had their payment information on file;

4        b.     Whether GoDaddy engaged in a common course of conduct of charging

5              individuals based on historical records of payment information;

6        c.     Whether GoDaddy engaged in a common course of failing to disclose

7              material information that reasonable consumers would need to know to

8              understand the circumstances under which they will be enrolled for a

9              GoDaddy service and charged fees;

10      d.     Whether GoDaddy's common courses of conduct are unfair within the

11             meaning of RCW 19.86.020;

12      e.     Whether GoDaddy's common courses of conduct are deceptive within

13             the meaning of RCW 19.86.020;

14      f.     Whether GoDaddy's common courses of conduct occurred in trade or

15             commerce and are injurious to the public interest;

16      g.     Whether GoDaddy's common courses of conduct caused Plaintiff and

17             members of the Class to be injured in their business or property;

18      h.     Whether GoDaddy has unlawfully converted money belonging to

19             Plaintiff and to members of the Class through its policies and practices;

20      i.     Whether injunctive relief is appropriate to remedy GoDaddy's unfair and

21             deceptive acts and practices; and

22      j.     The nature and extent of Class-wide injury and the measure of

23             compensation for such injury.

24      38.     Typicality (FED. R. CIV. P. 23(a)(3))—Plaintiff's claims are typical of the

25 claims of members of the Class. The evidence and the legal theories regarding Defendant's

26 alleged wrongful conduct are substantially the same for Plaintiff and all members of the Class,

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

as the relevant billing practices GoDaddy applied to customer accounts are uniform for all members of the Class.

39.     Adequacy (FED. R. CIV. P. 23(a)(4))—Plaintiff will fairly and adequately protect the interests of the members of the Class. Plaintiff has retained competent counsel experienced in consumer rights litigation to ensure such protection. There are no material conflicts between the claims of the representative Plaintiff and members of the Class that would make class certification inappropriate. Plaintiff and his counsel intend to prosecute this action vigorously.

40.     Injunctive Relief (FED. R. CIV. P. 23(b)(2))—GoDaddy has acted in ways that are generally applicable to the class, thereby making final injunctive relief with respect to the class as a whole appropriate.

41.     Superiority (FED. R. CIV. P. 23(b)(3))—The class action is superior to all other available methods for the fair and efficient adjudication of this case or controversy. Because the injury suffered by the individual members of the Class may be relatively small, the expense and burden of individual litigation make it virtually impossible for Plaintiff and members of the Class individually to seek redress for the alleged wrongful conduct. Even if members of the Class could afford individual litigation, it would be unduly burdensome to the courts in which those lawsuits would proceed. The class action device is preferable to individual lawsuits because it provides the benefits of unitary adjudication, economies of scale, and comprehensive adjudication by a single court. In contrast, the prosecution of separate actions by individual members of the Class would create a risk of inconsistent or varying adjudications with respect to individual members that would establish incompatible standards of conduct for the party (or parties) opposing the Class and would lead to repetitious trials of the numerous common questions of fact and law. Plaintiff knows of no difficulty that will be encountered in the management of this litigation that would preclude its maintenance as a class action. As a result, a class action is superior to other available methods for the fair and efficient adjudication of this

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

controversy. Absent a class action, Plaintiff and members of the Class will continue to suffer losses, thereby allowing these violations of law to proceed without remedy and allowing Defendant to retain the proceeds of its ill-gotten gains.

42.    Plaintiff contemplates the eventual issuance of notice to members of the proposed Class setting forth the subject and nature of the instant action. Upon information and belief, Defendant's own business records and electronic media can be utilized for the contemplated notices.

## VI.  CLAIMS

### FIRST CAUSE OF ACTION

**(Violation of the Washington Consumer Protection Act, Chapter 19.86 RCW—
Unfair Acts and Practices)**

43.    Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

44.    Plaintiff and members of the Class are "persons" within the meaning of RCW 19.86.010(1).

45.    Defendant GoDaddy is a "person" within the meaning of RCW 19.86.010(1).

46.    Defendant's common courses of unfair conduct in violation of RCW 19.86.020 have caused and are likely to continue causing substantial injury to consumers that is not reasonably avoidable by the consumers nor outweighed by countervailing benefits to consumers or competition.

47.    Defendant's common courses of unfair conduct occur in trade or commerce and impact the public interest because GoDaddy is in the business of providing internet website building and hosting services to hundreds and perhaps thousands of consumers in Washington. Many Washingtonians have been affected by Defendant's unfair acts and practices.

48.    Defendant's common courses of unfair conduct caused injury to the business or property of Plaintiff and members of the Class.

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

49.     Plaintiff and Class members have been damaged in amounts to be determined at trial and under RCW 19.86.090, Plaintiff and the Class are entitled to recover such damages, including interest thereon, as well as exemplary damages, attorneys' fees and costs.

50.     Under RCW 19.86.090, Plaintiff and members of the Class are entitled to an order enjoining Defendant from engaging in the acts and practices described above.

51.     Plaintiff and Class members are entitled to additional equitable relief as the Court deems appropriate, including but not limited to disgorgement for the benefit of the members of all or part of the ill-gotten gains Defendant has received in connection with the illegal acts described above.

**SECOND CAUSE OF ACTION**

**(Violation of the Washington Consumer Protection Act, Chapter 19.86 RCW—
Deceptive Acts and Practices)**

52.     Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

53.     Defendant's common courses of conduct have had the capacity to deceive a substantial portion of the public.

54.     Defendant's common courses of deceptive conduct occur in trade or commerce and impact the public interest because GoDaddy is in the business of providing internet website building and hosting services to hundreds and perhaps thousands of consumers in Washington. Many Washingtonians have been affected by Defendant's deceptive acts and practices.

55.     Defendant's common courses of deceptive conduct caused injury to the business or property of Plaintiff and members of the Class.

56.     Plaintiff and members of the Class have been damaged in amounts to be determined at trial and under RCW 19.86.090, Plaintiff and the Class are entitled to recover such damages, including interest thereon, as well as exemplary damages, attorneys' fees and costs.

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

57.    Under RCW 19.86.090, Plaintiff and members of the Class are also entitled to an order enjoining Defendant from engaging in the acts and practices described above.

58.    Plaintiff and members of the Class are also entitled to additional equitable relief as the Court deems appropriate, including but not limited to disgorgement for the benefit of members of the Class of all or part of the ill-gotten gains Defendant has received in connection with the acts described above.

### THIRD CAUSE OF ACTION
### (Conversion)

59.    Plaintiff realleges and incorporate by reference each and every allegation set forth in the preceding paragraphs.

60.    GoDaddy has had and continues to have a duty to only charge potential customers for services those customers have agreed to purchase.

61.    GoDaddy has wrongfully collected money from Plaintiff and members of the Class and has taken specific and readily identifiable funds from them in payment of wrongful charges.

62.    GoDaddy has, without proper authorization, assumed and exercised the right of ownership over these funds, in hostility to the rights of Plaintiff and members of each Class, without legal justification.

63.    GoDaddy continues to retain these funds unlawfully without the consent of Plaintiff or the members of each Class.

64.    GoDaddy intends to permanently deprive Plaintiff and the Class members of these funds.

65.    These funds are properly owned by Plaintiff and Class members, not GoDaddy, which now claims that it is entitled to their ownership, contrary to the rights of Plaintiff and Class members.

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

66.     Plaintiff and members of the Class are entitled to the immediate possession of these funds.

67.     GoDaddy has wrongfully converted these specific and readily identifiable funds in violation of law.

68.     GoDaddy's conduct is continuing.

69.     As a proximate result of this wrongful conversion, Plaintiff and members of the Class have suffered and continue to suffer damages.

70.     By reason of the foregoing, Plaintiff and members of the Class are entitled to recover from Defendant all damages and costs permitted by law, including all amounts that Defendant has wrongfully converted.

71.     The financial benefits Defendant derived rightfully belong to Plaintiff and members of the Class. Defendant should be compelled to disgorge in a common fund for the benefit of Plaintiff and Class members all wrongful or inequitable proceeds it received. A constructive trust should be imposed upon all wrongful or inequitable sums Defendant received that is traceable to Plaintiff and members of the Class.

## VII.  PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on his own behalf and on behalf of the members of the Class, prays for judgment against GoDaddy.com LLC as follows:

A.     Certification of the proposed Class;

B.     Appointment of Plaintiff as representative of the Class;

C.     Appointment of the undersigned counsel as counsel for the Class;

D.     A declaration that GoDaddy.com LLC and/or its affiliates, agents and/or other related entities' actions complained of herein violate the Washington Consumer Protection Act;

E.     An order enjoining GoDaddy.com LLC and/or its affiliates, agents and/or other related entities, as provided by law, from engaging in the unlawful conduct set forth herein;

F.     An award to Plaintiff and the Class of damages, as allowed by law;

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

CLASS ACTION COMPLAINT - 13

G.      An award to Plaintiff and the Class of attorneys' fees and costs, as allowed by law and/or equity;

H.      Leave to amend this Complaint to conform to the evidence presented at trial; and

I.      Orders granting such other and further relief as the Court deems necessary, just, and proper.

## VIII.  DEMAND FOR JURY

Plaintiff demands a trial by jury for all issues so triable.

RESPECTFULLY SUBMITTED AND DATED this 22nd day of April, 2020.

TERRELL MARSHALL LAW GROUP PLLC


By:  /s/ Toby J. Marshall, WSBA #32726
     Toby J. Marshall, WSBA #32726
     Email: tmarshall@terrellmarshall.com

By:  /s/ Ari Y. Brown, WSBA #29570
     Ari Y. Brown, WSBA #29570
     Email: abrown@terrellmarshall.com
     936 North 34th Street, Suite 300
     Seattle, Washington 98103
     Telephone: (206) 816-6603
     Facsimile: (206) (206) 319-5450

*Attorneys for Plaintiff*

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

# — EXHIBIT  A —

websites.godaddy.com/en-US/editor/62fa039d-6b2a-46b2-b087-3795a70baa29/09f1b4ad-4337-44fa-a5f4-d7179154a39f1?autodetect=true

 Ipro Community  Ipro Service Desk  Mylpro  CopierEast  CopierWest  PARKING  Proofpoint  Basecamp Nextiva Adobe Console Sharefile EDWA E

# Pick the right plan for your site

Limited Time Only — Save up to an additional 19% off any annual plan for the first year


**Monthly** | Annual

Billed monthly, cancel anytime

| | **CURRENT PLAN** | | |
|---|---|---|---|
| | **Basic**<br>For personal use<br><br>**$15** /mo | **Standard**<br>For new businesses<br><br>**$20** /mo | **Premium**<br>For growing businesses<br><br>**$25** /mo | **Ecommerce**<br>For selling online<br><br>**$30** /mo |
| | Add to cart | Add to cart | Add to cart | Add to cart |
| **FEATURES** | | | |
| Secure your website (SSL) | ✓ | ✓ | ✓ | ✓ |
| Connect custom domain | ✓ | ✓ | ✓ | ✓ |

| | | | | |
|---|:---:|:---:|:---:|:---:|
| Mobile-friendly site | ✓ | ✓ | ✓ | ✓ |
| On-the-go editing | ✓ | ✓ | ✓ | ✓ |
| 24/7 support | ✓ | ✓ | ✓ | ✓ |
| Business email address free for one year | ✓ | ✓ | ✓ | ✓ |
| Business phone number free for one year | ✓ | ✓ | ✓ | ✓ |
| PayPal button | ✓ | ✓ | ✓ | ✓ |
| Get found online (SEO) | - | ✓ | ✓ | ✓ |
| **GUIDANCE AND ANALYTICS** | | | | |
| GoDaddy InSight™ | ✓ | ✓ | ✓ | ✓ |
| Tailored action plans | ✓ | ✓ | ✓ | ✓ |
| InSight score | ✓ | ✓ | ✓ | ✓ |

websites.godaddy.com/en-US/editor/62fa039d-6b2a-46b2-b087-3795a78bea29/09f1b4ad-4837-44fa-a5f4-d717915439f1?autodetect=true

Case 2:20-cv-02394-DJH   Document 1   Filed 04/22/20   Page 18 of 26

Ipro Community   Ipro Service Desk   MyIpro   CopierEast   CopierWest   PARKING   Proofpoint   Basecamp   Nextiva   Adobe Console   Sharefile   EDWA

**SOCIAL MEDIA & EMAIL MARKETING**

| | | | | |
|---|---|---|---|---|
| Social media & listing platforms | 1 | 3 | Unlimited | Unlimited |
| Social posts & responses/month | 5 | 20 | Unlimited | Unlimited |
| Email marketing sends/month | 100 | 500 | 25,000 | 25,000 |
| Free ad credits for Google, Bing and Yelp | – | – | ✓ | ✓ |

**ONLINE APPOINTMENTS**

| | | | | |
|---|---|---|---|---|
| Book one-time appointments online | ✓ | ✓ | ✓ | ✓ |
| Book recurring group events and classes | – | – | ✓ | ✓ |
| SMS alerts for new appointments | – | – | ✓ | ✓ |

Case 2:20-cv-02399-DJH    Document 1    Filed 04/23/20    Page 19 of 26

| | | | | |
|---|---|---|---|---|
| Email and text appointment reminders | – | – | ✓ | ✓ |
| Accept online payments for services | – | – | ✓ | ✓ |

### ECOMMERCE

| | | | | |
|---|---|---|---|---|
| Add and edit product listings | – | – | – | ✓ |
| Set up flexible shipping options | – | – | – | ✓ |
| Sell products directly through your online store | – | – | – | ✓ |
| Sell on marketplaces like Amazon, eBay and Etsy | – | – | – | ✓ |
| Sync orders and inventory across channels | – | – | – | ✓ |
| Manage discounts and promotions | – | – | – | ✓ |

Questions? Talk to an expert.
480-463-8333

— **EXHIBIT  B** —



# Pick the right plan for your site

Limited Time Only — Save up to an additional 19% off any annual plan for the first year



Monthly    Annual

Billed annually, cancel anytime

| | Basic | Standard | Premium | Ecommerce |
|---|---|---|---|---|
| | | CURRENT PLAN | | |
| | For personal use | For new businesses | For growing businesses | For selling online |
| | $8/mo | $12/mo | $16/mo | $20/mo |
| | $10/mo ⑦ | $15/mo ⑦ | $20/mo ⑦ | $25/mo ⑦ |
| | Add to cart | Add to cart | Add to cart | Add to cart |

| FEATURES | | | | |
|---|---|---|---|---|
| Secure your website (SSL) | ✓ | ✓ | ✓ | ✓ |
| Connect custom domain | ✓ | ✓ | ✓ | ✓ |

| | | | | |
|---|---|---|---|---|
| Mobile-friendly site | ✓ | ✓ | ✓ | ✓ |
| On-the-go editing | ✓ | ✓ | ✓ | ✓ |
| 24/7 support | ✓ | ✓ | ✓ | ✓ |
| Business email address free for one year | ✓ | ✓ | ✓ | ✓ |
| Business phone number free for one year | ✓ | ✓ | ✓ | ✓ |
| PayPal button | ✓ | ✓ | ✓ | ✓ |
| Get found online (SEO) | - | ✓ | ✓ | ✓ |
| **GUIDANCE AND ANALYTICS** | | | | |
| GoDaddy InSight™ | ✓ | ✓ | ✓ | ✓ |
| Tailored action plans | ✓ | ✓ | ✓ | ✓ |
| InSight score | ✓ | ✓ | ✓ | ✓ |

| SOCIAL MEDIA & EMAIL MARKETING | | | | |
|---|---|---|---|---|
| Social media & listing platforms | 1 | 3 | Unlimited | Unlimited |
| Social posts & responses/month | 5 | 20 | Unlimited | Unlimited |
| Email marketing sends/month | 100 | 500 | 25,000 | 25,000 |
| Free ad credits for Google, Bing and Yelp | – | – | ✓ | ✓ |
| **ONLINE APPOINTMENTS** | | | | |
| Book one-time appointments online | ✓ | ✓ | ✓ | ✓ |
| Book recurring group events and classes | – | – | ✓ | ✓ |
| SMS alerts for new appointments | – | – | ✓ | ✓ |

| | | | | |
|---|---|---|---|---|
| Email and text appointment reminders | – | – | ✓ | ✓ |
| Accept online payments for services | – | – | ✓ | ✓ |
| **ECOMMERCE** | | | | |
| Add and edit product listings | – | – | – | ✓ |
| Set up flexible shipping options | – | – | – | ✓ |
| Sell products directly through your online store | – | – | – | ✓ |
| Sell on marketplaces like Amazon, eBay and Etsy | – | – | – | ✓ |
| Sync orders and inventory across channels | – | – | – | ✓ |
| Manage discounts and promotions | – | – | – | ✓ |

Questions? Talk to an expert.
480-463-8333

— **EXHIBIT  C** —

 

# Review and Purchase

**Websites + Marketing Basic Renewal**    $96.00
Bundle      46% off
12 months

**Office 365 Starter Email**    $0.00
Free for 12 months    12 months

🗑

**SmartLine Unlimited - 1 Year**    $0.00
Free for 12 months    12 months

🗑

View offer disclaimers

| | |
|---|---|
| Subtotal | $96.00 |
| Promo Code: GOFD2001AJ | 🗑 |

| | |
|---|---|
| TOTAL (USD) | $96.00 |

Payment

Add payment

or

**P** PayPal

By clicking, you agree to our **Terms & Conditions** and
**Privacy Policy**, and consent to enroll your product(s) in
our automatic renewal service, which can be cancelled at
any time via the Renewals and Billing page in your
account. Automatic renewals are billed to the payment
method selected for this order or your backup payment
method(s), until canceled.