# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wyttmab LLC, | No. CV-20-02394-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| GoDaddy.com LLC, | |
| Defendant. | |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice (Doc. 29).

Pursuant to Rule 41 of the Federal Rules of Civil Procedure,

**IT IS ORDERED** the Stipulation (Doc. 29) is **APPROVED** and that this action is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action in its entirety.

Dated this 28th day of December, 2020.

Honorable Diane J. Humetewa
United States District Judge